```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                 :
UNITED STATES OF AMERICA         :
                                 :   ORDER ACCEPTING THE PLEA
            - v. -               :   ALLOCUTION BEFORE A
                                 :   UNITED STATES
ADAM BONANO,                     :   MAGISTRATE JUDGE
   a/k/a "Little Gotti,"         :
   a/k/a "G,                     :   23 CR 645 (LTS)
                                 :
            Defendant.           :
- - - - - - - - - - - - - - - - X
```

Laura Taylor Swain, Chief United States District Judge

On December 8, 2023, pursuant to Federal Rule of Criminal Procedure 11, United States Magistrate Jennifer E. Willis, after presiding over a plea allocution with the defendant's consent, reported and recommended that the defendant's plea of guilty be accepted. The Court has reviewed the transcript of the plea allocution and has determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis for it. Accordingly, it is hereby

ORDERED that the defendant's plea of guilty is accepted. The Clerk of Court is directed to enter the defendant's plea of guilty.

Dated:   New York, New York
         December 19, 2023

                                        /s/ *Laura Taylor Swain*
                                THE HONORABLE LAURA TAYLOR SWAIN
                                CHIEF UNITED STATES DISTRICT JUDGE
                                SOUTHERN DISTRICT OF NEW YORK