UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

   -v-                                                    No.  23-CR-645-LTS

ADAM BONANO

       Defendant.

-------------------------------------------------------x

### ORDER

      The Court has received an application from the defense to approve the redactions of certain information from the sentencing submission that the defense has filed on the public docket (docket entry no. 10).  The redactions pertain to medical and personal identifying information of Mr. Bonano, his family members, and minor children.  The request is hereby granted.

      Defense counsel is directed to bring a copy of this Order and a complete hard copy of the unredacted version of the sentencing submission to the Court's Records Management Department (500 Pearl Street, Room 370) to be filed under seal.

      SO ORDERED.

Dated: New York, New York
       April 30, 2024

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge