UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

   -v-                                                                                                                                No. 23-CR-645-LTS

ADAM BONANO

       Defendant.

-------------------------------------------------------x

### ORDER

The Government has electronically submitted two video exhibits in connection with its sentencing submission filed on April 24, 2024. (Docket entry no. 13.)

The Government is hereby directed to submit the video exhibits on physical media for filing by bringing a copy of this Order and the videos to the Court's Records Management Department (500 Pearl Street, Room 370).

    SO ORDERED.

Dated: New York, New York
       May 2, 2024

                                                                        /s/ Laura Taylor Swain
                                                                        LAURA TAYLOR SWAIN
                                                                        Chief United States District Judge